IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

**COSTCO WHOLESALE CORPORATION,**
a Washington corporation,

    Plaintiff,

v.                                                      Civil Action No. 7:20CV00778

**ERIE INSURANCE COMPANY,**

    Defendant.

## STIPULATION OF DISMISSAL

Costco Wholesale Corporation, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby notifies the Court of the Parties' joint request that the Court should dismiss the above-captioned action WITH PREJUDICE.

Respectfully submitted:  July 1, 2021

                                      COSTCO WHOLESALE CORPORATION

                                      By: /s/  Samuel T. Bernier
                                               Of Counsel

Phillip V. Anderson (VSB No. 23758)
Samuel T. Bernier (VSB No. 81863)
FRITH ANDERSON + PEAKE
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone:    (540) 772-4600
Fax:       (540) 772-9167
Email:     panderson@faplawfirm.com
             sbernier@faplawfirm.com
*Counsel for Costco Wholesale Corporation*


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

                ERIE INSURANCE COMPANY

                By: <u>/s/ Andrew S. Willis</u>
                        Of Counsel

John B. Mumford, Jr. (VSB No. 38764)
Andrew S. Willis (VSB No. 84618)
Hancock, Daniel, & Johnson P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
awillis@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Erie Insurance Exchange*

## CERTIFICATE OF SERVICE

      I certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

      John B. Mumford, Jr. (VSB No. 38764)
      Andrew S. Willis (VSB No. 84618)
      Hancock, Daniel, & Johnson P.C.
      4701 Cox Road, Suite 400
      Glen Allen, Virginia 23060
      jmumford@hancockdaniel.com
      awillis@hancockdaniel.com
      Telephone: (804) 967-9604
      Facsimile: (804) 967-9888
      *Counsel for Erie Insurance Exchange*

                <u>/s/ Samuel T. Bernier</u>
                Phillip V. Anderson (VSB No. 23758)
                Samuel T. Bernier (VSB No. 81863)
                FRITH ANDERSON + PEAKE
                29 Franklin Road, SW
                P.O. Box 1240
                Roanoke, Virginia 24006-1240
                Phone:     (540) 772-4600
                Fax:   (540) 772-9167
                Email: panderson@faplawfirm.com
                          sbernier@faplawfirm.com
                Counsel for: *Costco Wholesale Corporation*



2