IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>ERIE INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)   Civil No. 7:20-cv-778<br>)<br>)<br>)<br>)<br>)   By:   Michael F. Urbanski<br>)   Chief United States District Judge |

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action be, and hereby is, **DISMISSED with prejudice** as to all claims, causes of action, and parties. The Clerk is directed to close the file.

It is so **ORDERED**.

Entered:   July 2, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.07.02 15:05:31
-04'00'

Michael F. Urbanski
Chief United States District Judge